(November 27, 1984)

■ Angelo Perez, Appellant, v Procida Construction Co. et al., Respondents. — Order, Supreme Court, New York County (Burton Sherman, J.), entered on April 10, 1984, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of said court, entered on January 6, 1984, unanimously dismissed as having been superseded by the appeal from the order entered on April 10, 1984, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.

■ The People of the State of New York, Respondent, v Victor Herring, Appellant. — Judgment, Supreme Court, New York County (Jerome Marks, J.), rendered on September 30, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.

■ The People of the State of New York, Respondent, v Phineas Jasper, Appellant. — Judgment, Supreme Court, New York County (Benjamin Altman, J.), rendered on April 13, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.